ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

FILED 2008 APR -7 PM 4:50

| | |
|---|---|
| LENARD HARRIS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JUDGE PERRY BRANNAN and )<br>CHATHAM COUNTY SUPERIOR )<br>COURT, )<br>)<br>Respondents. ) | Case No. CV408-053 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 7th day of April, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA